# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| C&S AG, LLC | ) | Case No. BK 24-40200 |
| | ) | |
| Debtors. | ) | Chapter 12 |
| | | |
| IN RE: | ) | |
| | ) | |
| C&S ORGANICS, LLC | ) | Case No. BK 24-40201 |
| | ) | |
| Debtors. | ) | Chapter 12 |
| | | |
| IN RE: | ) | |
| | ) | |
| STEPHANIE OSBORN and COLTON OSBORN | ) | Case No. BK 24-40202-BSK |
| | ) | Chapter 12 |
| Debtors. | ) | |
| | ) | Jointly Administered Under |
| | ) | Case No. Bk 24-40202 |

STOCKMENS BANK

    Movant

V

C&S AG, LLC; C&S ORGANICS, LLC; STEPHANIE OSBORN; and COLTON OSBORN

    Debtors

CHAPTER 12 TRUSTEE

    Respondents

## WITNESS LIST

Stockmens Bank (the "Bank") by and through its attorneys, John O'Brien and Spencer Fane LLP submits the following List of Witnesses for the hearing on the Bank's Motion For Relief From Stay:

DE 10007419.1

The Bank will call the following witnesses:

1. John Gumper, Executive Vice President, Stockmens Bank, whose address is 25 N. Cascade Ave., Suite 100, Colorado Springs, CO 80903 will testify as to the loan documents, the allegations set forth in the Motion, to include the unauthorized disposition of the collateral. Mr. Gumper will testify via video conference.

2. Colton Osborn, contact through counsel, Patrick Turner. Mr. Osborn will testify as to matters referenced in the Motion and the matters that were the subject of B.R. 2004 Examination in this case concerning collateral dispositions. Mr. Osborn will testify via video conference.

3. Stephanie Osborn, contact through counsel, Patrick Turner. Mr. Osborn will testify as to matters referenced in the Motion and the matters that were the subject of B.R. 2004 Examination in this case concerning collateral dispositions. Mr. Osborn will testify via video conference.

DATED May 8, 2025.

Respectfully submitted,

SPENCER FANE LLP

*/s/John O'Brien*
John O'Brien  #15183
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Phone: (303) 839-3800
Fax: (303) 839-3838
Email:  jobrien@spencerfane.com

Attorneys for Stockmens Bank

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on May 8, 2025 I served via CM/ECF system an electronic copy of the foregoing on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| Andrew R. Biehl | abiehl@walentineotoole.com |
| Benjamin J. Court | Benjamin.court@stinson.com |
| Benjamin E. Moore | bmoore@remboltlawfirm.com |
| Bradley D. Holbrook | bradh@jacobsenorr.com |
| Brandon R. Tomjack | btomjack@bairdholm.com |
| Brenda K. Smith | bsmith@ddlawgroup.com |
| Brian J. Koenig | Brian.koenig@koleyjessen.com |
| Craig A. Knickrehm | cknickrehm@walentineotoole.com |
| David J. Koukol | dkoukol@lifelonglawyers.com |
| Donald A. Garrell | dgarrell@jacobsenorr.com |
| James A. Overcash | trustee@woodsaitken.com |
| Jerry L. Jensen | Ustpregion13.om.ecf@usdoj.gov |
| Mathew D. Pederson | matt@pedersonlawoffice.net |
| Michael J. Whaley | mwhaley@clinewilliams.com |
| Michael R. Snyder | msnyder@snyderandhilliard.com |
| Patrick Raymond Turner | pturner@turnerlegalomaha.com |
| Richard P. Garden, Jr. | rgarden@clinewilliams.com |
| Tad Ruliffson | truliffson@outdoorbank.com |

  The undersigned further certifies that on May 8, 2025 a true and correct copy of the foregoing was served to the following by first class, postage prepaid U.S. Mail:

Stephanie Osborn
42720 Road 763
Cozad, NE  69130

Colton Osborn
42720 Road 763
Cozad, NE  69130

C&S Ag, LLC
42720 Road 763
Cozad, NE  69130

C&S Organics, LLC
42720 Road 763
Cozad, NE  69130

Patrick Raymond Turner
Turner Legal Group, LLC
139 S. 144th Street #665
Omaha, NE  88010

James A. Overcash
James A. Overcash, Trustee
301 South 13th Street, Ste 500
Woods Aitken LLP
Lincoln, NE  68508

              */s/John O'Brien*
              John O'Brien